UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
MAY 1 8 2015
AT 8:30_____M
WILLIAM T. WALSH
CLERK

KARL D. WILLIAMS,

        Petitioner,

v.

ROBERT BUECHELE, et al.,

        Respondents.

Civil Action No.: 15-1720 (AET)

MEMORANDUM AND ORDER

    This matter has come before the Court on Petitioner's letter request to reopen the instant matter. (Docket Entry 3).

    1. Petitioner filed this habeas petition on February 20, 2015, and neither prepaid the $5.00 filing fee for a habeas petition as required by Local Civil Rule 54.3(a), nor submitted a complete application to proceed *in forma pauperis* ("IFP").

    2. By Order dated March 20, 2015, this Court administratively terminated the petition for failure to pay the filing fee or submit a complete IFP application. (Docket Entry 2). The Court ordered the Clerk to send Petitioner a blank IFP application.

    3. On May 11, 2015, the Court received a letter from Petitioner requesting to reopen his petition and stating he did not know why the Court had terminated his petition. (Docket Entry 3).

    4. The IFP application included with Petitioner's initial submission was an application for proceeding in a civil rights matter, not a habeas matter. (Docket Entry 1). As the proceedings have different standards for proceeding IFP, Petitioner must submit the IFP application for a habeas proceeding or pay the $5.00 filing fee.

Case 3:15-cv-01720-AET   Document 4   Filed 05/18/15   Page 2 of 2 PageID: 26

IT IS THEREFORE on this 18th day of May, 2015,

ORDERED that the Clerk of the Court shall administratively terminate this case for Petitioner's failure to either pay the requisite filing fee of $5.00 or submit a complete application to proceed *in forma pauperis*; and it is further

ORDERED that the Clerk of the Court shall supply to Petitioner a blank form Application to Proceed *In Forma Pauperis* in a Habeas Corpus Case, DNJ-PRO-SE-007-B-(Rev. 09/09); and it is further

ORDERED that, if Petitioner wishes to reopen this action, he shall so notify the Court within 30 days of the date of entry of this Order, in writing addressed to the Clerk of the Court, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 2020, Trenton, New Jersey 08608; Petitioner's writing shall include either: (1) a complete *in forma pauperis* application, including a certification of Petitioner's institutional account, as required by Local Civil Rule 81.2(b); or (2) the $5 filing fee; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order and form DNJ-PRO-SE-007-B-(Rev. 09/09) upon Petitioner by regular U.S. mail.

*[signature]*
ANNE E. THOMPSON
United States District Judge